Isaac N. Sutphin, P.C. (Wyo. State Bar # 6-3711)
Macrina M. Sharpe (Wyo. State Bar # 7-5757)
Colton R. Edwards (Wyo. State Bar # 8-7289)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile:  307.778.8175
INSutphin@hollandhart.com
MMSharpe@hollandhart.com
CREdwards@hollandhart.com

ATTORNEYS FOR DEFENDANTS
COMPLETE HEALTH AND WELLNESS, LLC,
MARINE HOLDINGS, LLC, OLAV E. SANDNES,
and GINA SANDNES

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DOUBLE DOC RANCH, INC., a Wyoming corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>COMPLETE HEALTH AND WELLNESS, LLC, a Pennsylvania limited liability company, MARINE HOLDINGS, LLC, a Delaware limited liability company, OLAV E. SANDNES, an individual, and GINA SANDNES, an individual,<br><br>        Defendants. | Civil Action No. 1:24-CV-132-SWS |

## COMPLETE HEALTH AND WELLNESS, LLC'S SECOND AMENDED DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)(2)

Pursuant to this Court's November 18, 2024 *Order* (ECF No. 17), Defendant Complete Health and Wellness, LLC, through undersigned counsel, hereby submits the following *Second Amended Disclosure Statement under Federal Rules of Civil Procedure 7.1(a)(2)* further identifying the citizenship of all its members:

Complete Health and Wellness, LLC is a limited liability company organized and existing under the laws of the state of Pennsylvania, with the following members:

1.  Bruce Cameron, who is a resident of the state of Pennsylvania;

2.  Irene Miller, who is a resident of the state of Pennsylvania;

3.  Nicolas P. Brue, who is a resident of the state of Minnesota;

4.  Jennifer D. Brue, who is a resident of the state of Minnesota;

5.  William E. Sandnes, who is a resident of the state of Pennsylvania;

6.  Rachel E. Schultz, who is a resident of the state of New York;

7.  Franklin A. Sandnes, who is a resident of the state of Pennsylvania;

8.  Marine Holdings, LLC, which is a limited liability company organized and existing under the laws of the state of Delaware and owns a greater-than-10% interest in Complete Health and Wellness, LLC. Marine Holdings, LLC does not have a parent company and no publicly held company owns more than 10% of Marine Holdings, LLC. The members of Marine Holdings, LLC are Olav E. Sandnes and Gina Sandnes, who are both residents of the state of Pennsylvania.

An additional supplemental disclosure statement will be filed upon any change in any of the information provided herein.

DATED: November 25, 2024.

*/s/ Macrina M. Sharpe*

Isaac N. Sutphin, P.C. (Wyo. State Bar # 6-3711)
Macrina M. Sharpe (Wyo. State Bar # 7-5757)
Colton R. Edwards (Wyo. State Bar # 8-7289)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile: 307.778.8175
INSutphin@hollandhart.com

MMSharpe@hollandhart.com
CREdwards@hollandhart.com

ATTORNEYS FOR DEFENDANT
COMPLETE HEALTH AND WELLNESS, LLC,
MARINE HOLDINGS, LLC, OLAV E. SANDNES,
and GINA SANDNES

33699320