Isaac N. Sutphin, P.C. (Wyo. State Bar # 6-3711)
Macrina M. Sharpe (Wyo. State Bar # 7-5757)
Colton R. Edwards (Wyo. State Bar # 8-7289)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile:  307.778.8175
INSutphin@hollandhart.com
MMSharpe@hollandhart.com
CREdwards@hollandhart.com

ATTORNEYS FOR DEFENDANTS
COMPLETE HEALTH AND WELLNESS, LLC,
MARINE HOLDINGS, LLC, OLAV E. SANDNES,
and GINA SANDNES

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| DOUBLE DOC RANCH, INC., a Wyoming corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMPLETE HEALTH AND WELLNESS, LLC, a Pennsylvania limited liability company, MARINE HOLDINGS, LLC, a Delaware limited liability company, OLAV E. SANDNES, an individual, and GINA SANDNES, an individual,<br><br>　　　　　Defendants. | Civil Action No. 1:24-CV-132-SWS |

## MARINE HOLDINGS, LLC'S SECOND AMENDED DISCLOSURE STATEMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 7.1(a)(2)

Pursuant to this Court's November 18, 2024 *Order* (ECF No. 17), Defendant Marine Holdings, LLC, through undersigned counsel, hereby submits the following *Second Amended Disclosure Statement under Federal Rules of Civil Procedure 7.1(a)(2)* further identifying the citizenship of all its members:

Marine Holdings, LLC is a limited liability company organized and existing under the laws of the state of Delaware.

Marine Holdings, LLC does not have a parent company.

No publicly held company owns more than 10% of Marine Holdings, LLC.

The members of Marine Holdings, LLC are Olav E. Sandnes and Gina Sandnes who are both residents of the state of Pennsylvania.

An additional supplemental disclosure statement will be filed upon any change in any of the information provided herein.

DATED: November 25, 2024.

/s/ Macrina M. Sharpe
Isaac N. Sutphin, P.C. (Wyo. State Bar # 6-3711)
Macrina M. Sharpe (Wyo. State Bar # 7-5757)
Colton R. Edwards (Wyo. State Bar #8-7289)
HOLLAND & HART LLP
2020 Carey Avenue, Suite 800
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile:  307.778.8175
INSutphin@hollandhart.com
MMSharpe@hollandhart.com
CREdwards@hollandhart.com

ATTORNEYS FOR DEFENDANT
COMPLETE HEALTH AND WELLNESS, LLC,
MARINE HOLDINGS, LLC, OLAV E. SANDNES,
and GINA SANDNES

33699233